IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**RONALD LEE TULLY, JR.**                        **PLAINTIFF**

V.                 **CASE NO. 5:23-CV-05155**

**DUSTIN LE, Wal-Mart, and**
**KLAYTON HOLT, Wal-Mart**                    **DEFENDANTS**

## ORDER

Now before the Court is the Report and Recommendation (Doc. 6) of the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, the case is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim upon which relief may be granted. Further, pursuant to 28 U.S.C. § 1915(a)(3), the Court finds that any appeal from this dismissal would not be taken in good faith.

**IT IS SO ORDERED** on this 24th day of October, 2023.

                                           */s/ Timothy L. Brooks*
                                           TIMOTHY L. BROOKS
                                           UNITED STATES DISTRICT JUDGE